UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-04574-AB | Date: | January 8, 2026 |
|---|---|---|---|

| Title: | *Kaleida Health et. al. v. Karl Storz Endoscopy-America, Inc.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

The Court set a Scheduling Conference for January 9, 2026. *See* Order (Dkt. No. 19). The Order requires the parties to file a Joint Rule 26(f) Report by 14 days before the scheduling conference. *See* Order § I. As of the date of this order, no report has been filed, nor have the parties filed anything indicating why no report has been filed. The Scheduling Conference is therefore **VACATED**.

Although all parties—and the Court—are responsible for the timely progress of a case, a plaintiff, as the party who filed an action, bears the primary responsibility for ensuring compliance with deadlines that apply to them. The Court therefore **ORDERS** Plaintiff to show cause why this case should not be dismissed for lack of prosecution given the parties' failure to file a Joint Rule 26(f) Report and Amended Complaint. An appropriate response may be a Notice of Settlement, or a declaration explaining why the Joint Rule 26(f) Report was not filed along with a Stipulation of the parties and a Proposed Order to reset the Scheduling Conference. The Court informs the parties that it usually enters

scheduling orders based on the Joint Rule 26(f) Report without conducting a conference with counsel.

**Plaintiff's Response must be filed by <u>January 23, 2026</u>. If no response is filed by that date, the case will be dismissed without further notice.**

**IT IS SO ORDERED**.